# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re ) | |
| ) | Chapter 7 |
| BOSTON CENTER FOR AMBULATORY, ) | Case No. 23-12035-JEB |
| SURGERY, INC., ) | |
| Debtor ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Joseph S.U. Bodoff, Esquire hereby enters his appearance on behalf of BOSTON ADVANCED ANESTHESIA, INC., f/k/a GREATER BOSTON ANESTHESIA ASSOCIATES, INC. and requests that all notices in connection with this matter be sent to him at:

> Rubin and Rudman LLP
> 53 State Street
> Boston, MA 02109
> Tel:  617-330-7038
> Fax:  617-330-7550
> Email:  jbodoff@rubinrudman.com

Request is hereby made for service of copies of all papers filed with the Bankruptcy Court or the United States Trustee, including but not limited to pleadings, motions, applications, answering or reply papers, orders, reports, plans of reorganization, disclosure statements, profit and loss statements, cash flow statements, balance sheets and other financial statements.

Nothing contained herein shall be deemed to constitute a submission of any matter involving BOSTON ADVANCED ANESTHESIA, INC. to the jurisdiction of the bankruptcy court or a waiver of the right of BOSTON ADVANCED ANESTHESIA, INC. to object to the jurisdiction of the bankruptcy court or the waiver by BOSTON ADVANCED ANESTHESIA, INC. of any right it may have to a jury trial as to any matter, each of which rights are expressly preserved hereby.

> /s/ Joseph S.U. Bodoff
> Joseph S.U. Bodoff (BBO #549116)
> Rubin and Rudman LLP
> 53 State Street
> Boston, MA 02109
> 617-330-7038
> jbodoff@rubinrudman.com

Dated:  April 18, 2024

3820447_1

## CERTIFICATE OF SERVICE

     I hereby certify that on April 18, 2024 a true and correct copy of the foregoing Notice of Appearance and Request for Notices was served through the ECF system on those persons registered to receive notice thereunder.

                                           */s/ Joseph S.U. Bodoff*
                                           Joseph S.U. Bodoff